■ In the Matter of FRANCES L. Z., Respondent, v JOSEPH L., Appellant. [610 NYS2d 896] —Appeal unanimously dismissed without costs *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15, 17; *Matter of Cheryl A. B. v Michael Anthony D.,* 197 AD2d 851; *see also,* Family Ct Act § 1112 [a]). (Appeal from Order of

Oneida County Family Court, Morgan, J.—Paternity.) Present —Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.